UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY D. WILLIAMSON,

      Plaintiff,

vs.

MITCHELL D. SCHWAB, *et al.*,

      Defendants.

Case No. 3:25-cv-413

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER OF REFERENCE TO MAGISTRATE JUDGE PETER B. SILVAIN
AS MEDIATION COORDINATOR**

---

Rule 16.3(a)(1) of the Southern District of Ohio Civil Rules provides, "Upon request by any party or in its discretion and at such times during the progress of the case as appear appropriate, the Court may assign any civil case that is not exempted hereunder for one or more mediation conferences."[1]

This case has progressed to the point where referral for mediation is appropriate, especially when compared to litigating the case through the summary judgment stage followed by trial, if warranted, and appeal, if pursued. Consequently, pursuant to 28 U.S.C. § 636(c) and S.D. Ohio Civ. R. 16.3(a)(1), this case is hereby **REFERRED** to Magistrate Judge Peter B. Silvain, Jr. as mediation coordinator, for the purpose of assigning this case for mediation. This case may be assigned for mediation to a United States Magistrate Judge or to an outside mediator.

      **IT IS SO ORDERED.**

---

[1] A case is exempt from a mediation conference when it is exempt from the initial disclosure requirements of Fed. R. Civ. P. 26(a)(1)(B). *See* S.D. Ohio Civ. R. 16.3(b). The instant case is not exempt from Rule 26(a)(1)(B)'s initial disclosure requirements and, as a result, it is not exempt from participating in the mediation conference(s) required by this Order. *See id.*

2

June 8, 2026                                    s/*Michael J. Newman*
                                               Hon. Michael J. Newman
                                               United States District Judge